1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    *burrow@caldwell-leslie.com*
   JEFFREY M. HAMMER, State Bar No. 264232
3    *hammer@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
4  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Plaintiff, WPIIDC, Inc.,
   dba WP2DC, Inc.

7

8                **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

12 | WPIIDC, Inc., a California corporation, | Case No. CV 10-4326 PA (JCx) |
   | dba WP2DC, Inc. | |
   | | **ORDER GRANTING PROTECTIVE** |
13 |               Plaintiff, | **ORDER TO THIRD PARTIES** |

14          v.

15 LAURA HILLIER, an individual,

16               Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

1  Having duly considered the Stipulation for Protective Order to Third Parties

2  jointly submitted by the Parties and good cause showing, the Court hereby

3  ORDERS that the Protective Order shall apply in full to documents and information

4  that may be produced, exhibited, disclosed, or otherwise produced by any third

5  party.

6

7  **IT IS SO ORDERED.**

8  Dated:   September 29, 2010 _____   _____

9  The Honorable Percy Anderson
   United States District Court Judge

10

11

12

13  Prepared By:

14  _____/S/_____
    Linda M. Burrow

15  CALDWELL LESLIE & PROCTOR, PC
    Attorneys for Plaintiff, WPIIDC, Inc.,

16  dba WP2DC, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-1-