CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

JS-6

Attorneys for Plaintiff, WPIIDC, Inc.,
dba WP2DC, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WP2DC, Inc., a California corporation, dba WP2DC, Inc.<br><br>        Plaintiff,<br><br>      v.<br><br>Laura Hillier, an individual,<br><br>        Defendant. | Case No. CV 10-4326 PA (JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**NOTE: CHANGES MADE BY THE COURT** |

CALDWELL
LESLIE &
PROCTOR

1  Having duly considered the Stipulation of Dismissal of the Action Without
2  Prejudice jointly submitted by the parties and good cause showing, the Court hereby
3  ORDERS:
4
5  This action is dismissed WITHOUT PREJUDICE pursuant to Federal Rule of
6  Civil Procedure 41(a)(1)(A)(ii).
7
8
9  **IT IS SO ORDERED.**
10
   Dated: __April 20, 2011__           _____
11                                      The Honorable Percy Anderson
                                        United States District Court Judge
12
13
   Prepared by:
14
15  _____/s/_____
   Linda M. Burrow
16 CALDWELL LESLIE & PROCTOR, PC
   Attorneys for Plaintiff, WPIIDC, Inc.,
17 dba WP2DC, Inc.
18
19
20
21
22
23
24
25
26
27
28

CALDWELL
LESLIE &
PROCTOR

-1-
[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE